

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00170-CV

CRAIG DEMARCO                                                    APPELLANT

V.

AMERISURE INSURANCE AS                                          APPELLEE
SUBROGEE OF WASTE
PARTNERS OF TEXAS, INC.

------------

FROM THE 236TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 236-269629-13

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellant's Motion to Dismiss with Prejudice." In the motion, appellant represents that the parties have settled all matters in controversy and asks us to dismiss this appeal. Appellant also represents that appellee agrees with the motion to dismiss. It is the court's opinion that the

---

[1]See Tex. R. App. P. 47.4.

motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P.

42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the parties incurring the same. *See*

Tex. R. App. P. 42.1(d).


PER CURIAM

PANEL:  LIVINGSTON, C.J.; GARDNER and GABRIEL, JJ.

DELIVERED:  October 8, 2015